UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY J. FASANO,

                Plaintiff,

-against-

ERIC M. TAYLOR CENTER,

                Defendant.

23-CV-9322 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 30, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 30, 2023
          New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge